IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 18 AM 10: 24

ROBERT ~~R. DI~~ TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

---

JANE DOE # 1, by and through her next
friend (mother), JANE DOE # 2; and
JANE DOE # 2,

    Plaintiffs,

VS.                                   NO. 04-2283-Ma/P

MEMPHIS CITY SCHOOLS; BOB ARCHER,
individually and as associate superintendent for
MCS; et al.,

    Defendants.

---

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiffs' May 5, 2005 motion requesting an extension of time within which to file responses to defendants' motion to dismiss and motion for summary judgment. For good cause shown, the motion for additional time to respond is granted. The plaintiffs shall have additional time to and including June 17, 2005, within which to file their responses.

IT IS SO ORDERED this 18th day of May, 2005.

                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT