IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 20  PM 4:01

ROBERT ~~~~~~~ TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |
|---|---|
| JANE DOE #1, and through her next friend (mother), JANE DOE #2; and JANE DOE #2,<br><br>Plaintiffs,<br><br>vs.<br><br>MEMPHIS CITY SCHOOLS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-2283-Ma/P<br>)<br>)<br>)<br>)<br>) |

ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO COMPEL DEFENDANTS
TO FILE COMPLETE TRANSCRIPTS OF DEPOSITIONS REFERENCED
IN THEIR MOTIONS

Before the court is Plaintiffs' Motion to Compel Defendants to File Complete Transcripts of Depositions Referenced in Their Motions, filed May 5, 2005 (Dkt #36). On May 19, 2005, the court held a telephonic hearing on the motion and counsel for all parties were heard. Parties stated in court that complete transcripts will be filed with the court. Therefore, the motion is DENIED as MOOT.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/20/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-23-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT