IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

JUL 15 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

JANE DOE #1, ET AL.,

    Plaintiffs,

V.                                NO. 04-2283-MaP

MEMPHIS CITY SCHOOLS, ET AL.,

    Defendants.

## ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is the July 1, 2005, motion of defendants Killough and Faulkner for permission to file a reply in further support of their motion for summary judgment. For good cause shown, the motion is granted and defendants Killough and Faulkner may file their reply memorandum.

It is so ORDERED this 14th day of July, 2005.

*/s/ Samuel H. Mays, Jr.*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT