IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY ___ D.C.

05 JUL 18 AM 11:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JANE DOE # 1, by and through her next friend (mother, Jane Doe # 2), and JANE DOE # 2,<br><br>    Plaintiffs,<br><br>v.<br><br>MEMPHIS CITY SCHOOLS, et al.,<br><br>    Defendants. | No. 04-2283 Ma V |

## ORDER TO SHOW CAUSE

This case arises from the alleged sexual harassment of Jane Doe # 1, a minor student at Kirby High School ("KHS"), by an instructor at KHS. On March 14, 2005, Plaintiffs moved for summary judgment against Defendant Danny Peterson on all counts in the complaint. The record does not show that Peterson has responded, and time for response has passed. Peterson is ORDERED to show cause, within ten (10) days of entry of this order, why Plaintiffs' motion should not be granted.

So ordered this 15th day of July 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT