IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANE DOE #1, ET AL.,

    Plaintiffs,

VS.                                                      NO. 04-2283-MaP

MEMPHIS CITY SCHOOLS, ET AL.,

    Defendants.

---

ORDER AMENDING SCHEDULE

---

    Pursuant to plaintiffs' July 28, 2005, motion for continuance of the trial in this matter, the court held a status conference on August 5, 2005. Attending on behalf of the plaintiffs was William Winchester. Participating on behalf of the defendants were Joe Wyatt and Geoffrey Gaia. For good cause shown, the motion was granted and the court amends the schedule as follows:

1. The parties shall file a joint proposed pretrial order by 5:00 p.m., September 9, 2005.

2. A pretrial conference is reset to Friday, September 16, 2005, at 2:30 p.m.

3. The case is reset for trial on September 26, 2005, at 9:30 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05



Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT