IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANE DOE #1, ET AL.,

    Plaintiffs,

V.                        NO. 04-2283-MaP

MEMPHIS CITY SCHOOLS, ET AL.,

    Defendants.

---

ORDER GRANTING DEFAULT JUDGEMENT AGAINST DEFENDANT PETERSON

---

    Before the court is the plaintiffs' August 5, 2005, motion for default judgment against the defendant Danny Peterson.

    The complaint in this matter was filed on April 21, 2004, and defendant Peterson was served on April 30, 2005. Defendant's answer was due May 20, 2005. Defendant Peterson has made no appearance or otherwise responded to the complaint. Defendant Peterson has not responded to plaintiffs' motion for partial summary judgment filed March 14, 2005, despite an order to show cause filed July 18, 2005, or to plaintiffs' motion for default judgment filed August 5, 2005. For good cause shown, plaintiffs' motion for default judgment is granted.

    It is so ORDERED this 14th day of September, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT