IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANE DOE #1, ET AL.,

    Plaintiffs,

VS.                          NO. 04-2283-Ma

GLENN FAULKNER,

    Defendant.

---

## ORDER AMENDING SCHEDULE AND RESETTING TRIAL

A status conference was held in this matter on October 7, 2005. Appearing on behalf of plaintiffs was William Winchester. Appearing on behalf of defendant were Joe Wyatt and Geoffrey Gaia. The court amends the schedule and resets the trial as follows:

1. The deadline for completing mediation is October 28, 2005.

2. The parties shall submit a proposed joint pretrial order by 5:00 p.m. on November 2, 2005.

3. A pretrial conference will be held on Wednesday, November 9, 2005, at 1:30 p.m.

4. The jury trial is **reset** to **Monday, November 21, 2005, at 9:30 a.m.** and is expected to take 2 days.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05



Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 20th day of October, 2005.

*/s/ Samuel H. Mays, Jr.*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:04-CV-02283 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Geoffrey Gaia
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

Joe L. Wyatt
McWHIRTER WYATT & ELDER
73 Union Ave.
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT