# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE
### WESTERN DIVISON

THOMAS M. GOULD
(901) 495-1200
CLERK OF COURT

MEMPHIS

FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

01/13/2006

RE: Jane Doe # 1 v. Faulkner
04-2283 Ma

Dear Counsel:

It appears that in the above referenced cause the parties are unable to agree on the taxation of costs.

Therefore, pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, you are hereby notified that the Clerk of Court will tax costs on <u>February 9, 2006 @ 10:00 AM,</u> in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of any law the parties wish to submit, but such submissions must be received no later than one week prior to the scheduled hearing. Your appearance at this hearing and your submission of relevant case citations is completely optional, and a party's or counsel's decision to not appear or to not submit relevant citations will not adversely affect the Clerk of Court's evaluation of how costs should be assessed.

Sincerely,

Thomas M. Gould, Clerk of Court

by: *[signature]*

Deputy Clerk

/LC
c: Docket Clerk

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301